No. 611. MOORE ET AL. *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. *Jefferson Greer* for petitioners. *Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Deputy Attorney General, for respondent.

No. 793. DETROIT, TOLEDO & IRONTON RAILROAD Co. *v.* LONES ET AL. C. A. 6th Cir. Certiorari denied. *Robert B. Gosline* for petitioner. *Donald P. Traci* and *Thomas A. Heffernan* for respondents.

No. 794. GIVENS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Michael Washor* for petitioner.

No. 795. ALEXANDER ET UX. *v.* MORRISON-KNUDSEN Co., INC., ET AL. Sup. Ct. Colo. Certiorari denied. *Walter L. Gerash* and *John S. Carroll* for petitioners. *Robert A. Schiff* for Morrison-Knudsen Co., Inc., *M. O. Shivers, Jr., John J. Conway,* and *John A. Hughes* for Colorado-Ute Electric Assn., Inc., and *I. Martin Leavitt* for Yampa Valley Electric Assn., Inc., respondents.

No. 802. BLACK & DECKER MANUFACTURING Co. *v.* PORTER-CABLE MACHINE Co. ET AL. C. A. 4th Cir. Certiorari denied. *Theodore S. Kenyon, Benjamin C. Howard,* and *C. Willard Hayes* for petitioner. *John D. Nies* for respondents.

No. 803. FIRST NATIONAL BANK IN ANOKA *v.* KENNEALLY, TRUSTEE IN BANKRUPTCY. C. A. 8th Cir. Certiorari denied. *Thomas G. Lovett, Jr.,* for petitioner. *Michael Langdon Culhane* for respondent.